**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                   CASE NO. 6:09-CR-14-ORL-19KRS

JIMMIE L. THORPE,
a/k/a Jim Thorpe

       Defendant.

_____

ORDER

This case was considered by the Court on the Joint Consent for Trial Before U.S. Magistrate Judge in a Misdemeanor Case (Doc. No. 14, filed March 12, 2009). The parties therein consent to trial presided over by the United States Magistrate Judge. **IT IS HEREBY ORDERED** that this case is **TRANSFERRED** to the United States Magistrate Judge for all further proceedings including trial of this cause.

**DONE AND ORDERED** at Orlando, Florida, this  17th  day of March, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record
United States Magistrate Judge Karla R. Spaulding